STATE of Missouri, Respondent,

v.

Trina L. BERNING, Appellant.

WD 80022

Missouri Court of Appeals, Western District.

ORDER FILED: August 8, 2017

Joshua D. Hawley, Attorney General, and Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Jedd C. Schneider, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Special Division: Zel M. Fischer, Special Judge, Presiding, and Karen King Mitchell and Cynthia L. Martin, Judges

### Order

Per Curiam:

Trina Berning appeals, following a bench trial, her convictions of the class C felony of possession of a controlled substance (Count I) and the class B felony of possession of a controlled substance with intent to distribute (Count III), pursuant to §§ 195.202 and 195.211, respectively, for which she was sentenced, as a persistent drug offender, to consecutive terms of ten and sixteen years' imprisonment. Berning argues that the evidence was insufficient to support the court's finding that she possessed the drugs underlying both

Count I and Count III. We disagree and affirm. Rule 30.25(b).